## May 21, 2010

| 29743 | State v. Hong Guo | Affirmed |

## May 24, 2010

| 29619 | Rathbun v. Administrative Director of Courts | Affirmed |
| 29762 | State v. Griman | Vacated and Remanded |
| 29906 | State v. Kenyon | Vacated and Remanded |
| 29801 | State v. Kilborn | Affirmed |

## May 25, 2010

| 29118 | Castle Family LLC v. Kailuan Inc. | Affirmed |

## May 26, 2010

| 29266 | State v. Wahlquist | Reversed |